NO. 07-01-0221-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JUNE 18, 2001

_______________________________

IN RE: GARNER, LOVELL & STEIN, P.C.,

ROBERT E. GARNER, AND JOHN H. LOVELL

_________________________________

Before BOYD, C.J., and QUINN and JOHNSON, JJ.

On June 12, 2001, the relators filed an unopposed Motion for Dismissal averring that the Petition for Mandamus should be dismissed.

Without passing on the merits of the case, the relators’ unopposed Motion for Dismissal is granted and the Petition for Mandamus is hereby dismissed.  Tex. R. App. P. 42.1(a)(1).  All costs are assessed to the parties incurring the same.  Having dismissed the Petition for Mandamus at relators’ request and the real party in interest  not being opposed to such a request,  no motion for rehearing will be entertained and our mandate will issue forthwith.  

Phil Johnson

    Justice

Do not publish.